SEALED

FILED IN OPEN COURT
ON 4-28-20 BG
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:20-CR-76(2)

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) INDICTMENT |
| v. | ) |
| | ) (UNDER SEAL) |
| NATHANIEL MCFARLAND | ) |

The Grand Jury charges that:

## COUNT ONE

Beginning in or about July 2019 and continuing up to and including on or about August 5, 2019, in the Eastern District of North Carolina, and elsewhere, the defendant, NATHANIEL MCFARLAND, did knowingly and intentionally combine, conspire, confederate, agree and have a tacit understanding with other persons known and unknown to the Grand Jury, to knowingly and intentionally possess with the intent to distribute and distribute fifty (50) grams or more of actual methamphetamine, and a quantity of cocaine, Schedule II controlled substances, and a quantity of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846.

## COUNT TWO

On or about August 5, 2019, in the Eastern District of North Carolina, the defendant, NATHANIEL MCFARLAND, did knowingly and intentionally possess with the intent to distribute fifty (50) grams or more of actual methamphetamine, and a quantity of cocaine, Schedule II controlled substances, in violation of Title 21, United States Code, Section 841(a)(1).

[Remainder of the page intentionally left blank.]

## FORFEITURE NOTICE

The defendants are given notice of the provisions of Title 21, United States Code, Section 853, that all of the defendant's interest in all property specified herein is subject to forfeiture.

Upon conviction of the offense set forth in the Indictment, the defendant shall forfeit to the United States any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of the said offense(s) and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the said offense(s).

If any of the above-described forfeitable property, as a result of any act or omission the defendant,

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third person;

(3) has been placed beyond the jurisdiction of the court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be subdivided

3

without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

A TRUE BILL:

REDACTED VERSION
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

FOREPERSON
DATE: 4-28-20

ROBERT J. HIGDON, Jr.
United States Attorney

*TSEVERO*

BY: TIMOTHY M. SEVERO
Assistant United States Attorney

4